IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAKHEIT A. SHATA, | ) | 8:08CV74 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

   This matter is before the court on its own motion. Plaintiff filed his Complaint in this matter on February 14, 2008. ([Filing No. 1](#)) Subsequently, the court conducted an initial review of Plaintiff's Complaint and determined that Plaintiff's claims regarding the completion of process on his petition for permanent resident status could proceed. ([Filing No. 5](#)) The court directed the Clerk of the court to send summons forms to Plaintiff. (*[Id.](#)*) Plaintiff completed the summons forms and returned them to the Clerk along with an Amended Complaint.

   The court has reviewed Plaintiff's Amended Complaint and notes that Plaintiff added the following language: "Plaintiff needs resident status to be able to work as an [Arabic] interpreter and teacher . . . for the U.S. Navy." The court may consider a pro se plaintiff's amended pleading "as supplemental to, rather than as superseding, the original pleading." NECivR 15.1(b). As such, the court will consider Plaintiff's Amended Complaint as supplemental to the original in this matter. The Clerk of the court is directed to file Plaintiff's Amended Complaint, and forward a copy of both the original Complaint ([filing no. 1](#)), and the Amended Complaint to the U.S. Marshal for service of Process on Defendant.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to file Plaintiff's Amended Complaint.

2. The Clerk of the court shall forward a copy of both the original Complaint (filing no. 1), and the Amended Complaint to the U.S. Marshal for service of Process on Defendant.

August 7, 2008.                     BY THE COURT:


                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge