IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAKHEIT A. SHATA, | ) | 8:08CV74 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Status. (Filing No. 12.) Plaintiff filed the Complaint in this matter on February 14, 2008. (Filing No. 1.) Defendant was served with summons and a copy of the Complaint on August 18, 2008, and the summons was returned as executed on August 21, 2008. (Filing No. 11.) Defendant has not filed an answer or other responsive pleading. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. The court requests that the U.S. Attorney for the District of Nebraska review this matter and, if appropriate, file an answer or motion no later than April 1, 2009. In the event that the U.S. Attorney does not file an answer or motion by that date, Plaintiff will be given the opportunity to seek a default judgment.

2. The Clerk of the court is directed to provide a copy of this Memorandum and Order to Defendant and the U.S. Attorney for the District of Nebraska.

3. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: April 1, 2009: check for response from US Attorney.

4.  Plaintiff's Motion for Status (filing no. 12) is denied as moot.

March 2, 2009.            BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Chief United States District Judge