IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAKHEIT A. SHATA, | ) | |
| | ) | 8:08CV00074 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, | ) | |
| | | |
| Defendant. | | |

This matter comes before this Court on the Motion of the Defendant for an Order

Withdrawing the Motion to Dismiss (Filing 16) so that the Defendant can respond to the

Complaint served on July 17, 2009 as provided by Fed. R. Civ. P. 12(a)(2).  For good

cause shown,

IT IS HEREBY ORDERED that the Clerk's Office shall withdraw Filing No. 16

from the record.

DATED this 4th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, Joseph F. Bataillon
United States District Court